IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LAURAL M. PALMER                                                                                         PLAINTIFF

VS.                                            4:11-CV-00444-BRW

CENTRAL FREIGHT LINES, INC.

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claims with prejudice.

IT IS SO ORDERED this 24th day of April, 2013.


                                                            /s/Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE